The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC RACHNER, an individual, and DAVID HULTON, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>SEATTLE POLICE DEPARTMENT and CITY OF SEATTLE, a Washington municipal corporation; MICHELE LETIZIA and JANE DOE LETIZIA and the marital community composed thereof; BRETT SCHOENBERG and JANE DOE SCHOENBERG, and the marital community composed thereof; and SETH DIETRICH and JANE DOE DIETRICH and the marital community composed thereof;<br><br>    Defendants. | No. 11-CV-01733 (RSL)<br><br>STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS TO JULY 6, 2012 AND RESET APPLICABLE DEADLINES<br><br>NOTED FOR: June 29, 2012 |

**Relief Sought**

Defendants City of Seattle, Michele Letizia, Brett Schoenberg, and Seth Dietrich and plaintiffs Eric Rachner and David Hulton respectfully request that the noting date for plaintiffs' Motion for Attorneys Fees and costs (Docket Nos. 21, 22 and 23) be re-noted from June 29, 2012, to July 6, 2012, which constitutes a one week extension of time, and that plaintiff's reply deadline be extended until July 6, 2012.

STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS TO JULY 6, 2012 AND RESET APPLICABLE DEADLINES - 1

**Cleveland Stockmeyer PLLC**
8056 Sunnyside Ave N.
Seattle WA 98103
(206) 419-4385

**Motion**

Pursuant to defendant City of Seattle's Offer of Judgment, on January 3, 2012, this Court entered judgment in favor of plaintiffs and against the City of Seattle. *See* Docket No. 19. On May 30, 2012, plaintiffs filed a Motion for Attorney's Fees and Costs, which was noted for June 15, 2012. *See* Docket Nos. 21, 22 and 23. The parties then sought a two week extension of this noting date until June 29, 2012 with the defendant's response deadline extended until June 25, 2012 and plaintiffs' reply deadline extended to June 29, 2012. The Court ordered this. *See* Docket 26. Now the parties through counsel have conferred and agree that plaintiff's reply deadline and the noting date should be extended to July 6, 2012. Among other reasons, there are active negotiations occurring which will be facilitated by the continuance.

DATED this 29th day of July, 2012.

| | |
|---|---|
| Attorney for defendants<br>PETER S. HOLMES<br>Seattle City Attorney<br><br>__/s_(DJL approval via phone 6/28/12)<br>_____<br>By:     *s/Brian G. Maxey*<br>          *s/Dominique' L. Jinhong*<br>Brian G. Maxey, WSBA #33279<br>Dominique' L. Jinhong, WSBA #28293<br>Seattle City Attorney<br>600 4th Avenue, 4th floor<br>P.O. Box 94769<br>Seattle, WA 98124-4769<br>Phone – Brian Maxey: 206-733-9001<br>Phone – Dominique' Jinhong: 206-684-8251<br>FAX:  206-684-8284<br>Email: brian.maxey@seattle.gov<br>         dominique.jinhong@seattle.gov<br>Attorneys for Defendants | Attorneys for Plaintiffs:<br>CLEVELAND STOCKMEYER PLLC<br><br>/s_____<br>By:     *s/*Cleveland Stockmeyer<br>Cleveland Stockmeyer, WSBA # 21636<br>8056 Sunnyside Ave N<br>Seattle, WA 98103<br>206-419-4385<br>Email: cleve@clevelandstockmeyer.com<br>Attorney for Plaintiffs |

STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS TO JULY 6, 2012 AND RESET APPLICABLE DEADLINES - 2

**Cleveland Stockmeyer PLLC**
8056 Sunnyside Ave N.
Seattle WA 98103
(206) 419-4385

1
2
3 So Ordered this 3rd day of July, 2012.
4
5
6 *[signature: M S Lasnik]*
  Honorable Robert S. Lasnik
  United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

STIPULATED MOTION TO RE-NOTE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS TO JULY 6, 2012 AND RESET APPLICABLE DEADLINES - 3

**Cleveland Stockmeyer PLLC**
8056 Sunnyside Ave N.
Seattle WA 98103
(206) 419-4385